UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:16-CR-00001-H-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER KINCHEN WEBB | **ORDER TO SEAL** |

On motion of the Defendant, Christopher Kinchen Webb, and for good cause shown, it is hereby ORDERED that [DE 36] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This 7th day of September 2016.

MALCOLM J. HOWARD
Senior United States District Judge