IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:16-CR-01-H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| CHRISTOPHER KINCHEN WEBB, | ) |
| Defendant. | ) |

This matter is before the court on Defendant's Motion to Reconsider Sentence, [D.E. #39]. In light of the recent order issued by the Fourth Circuit Court of Appeals vacating and remanding Defendant's sentence and issuance of the mandate, Defendant's Motion to Reconsider Sentence, [D.E. #39], is DENIED AS MOOT. Defendant's resentencing hearing is hereby scheduled for this court's **February 7, 2017, term of court**. The United States Probation Office ("USPO") is DIRECTED to provide the parties and the court with a resentencing memorandum. The clerk is DIRECTED to serve a copy of this order on the Federal Public Defender and the USPO.

This 15th day of December 2016.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#34